UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:11-MJ-1292-1RJ

| | | |
|---|---|---|
| United States Of America | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Gregory Aaron Williams | ) | |

Gregory Aaron Williams appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, at Wilmington, North Carolina, on April 12, 2012, and upon a plea of guilty to Larceny of Government Property, in violation of 18 U.S.C. § 661, was placed on probation for a period of 12 months.

A Motion for Revocation was filed on April 2, 2013, alleging that the defendant had violated the conditions of his probation by failing to participate in mental health treatment, failing to satisfy the monetary obligations, and failing to complete community service. As of April 24, 2013, all conditions of probation have now been satisfied.

It now appears that the ends of justice would best be served by withdrawing the Motion for Revocation filed on April 2, 2013, and discharging the defendant from further supervision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion for Revocation filed on April 2, 2013, be withdrawn.

This the 25th day of April, 2013.

Robert B. Jones, Jr.
U.S. Magistrate Judge